GARY M. RESTAINO
United States Attorney
District of Arizona
SARAH B. HOUSTON
Assistant U.S. Attorney
State Bar No.: 026691
United States Courthouse
405 W. Congress Street, Suite 4800
Tucson, Arizona 85701
Telephone: 520-620-7300
Email: sarah.houston@usdoj.gov
Attorneys for Plaintiff

FILED

2022 JUL 27 PM 4: 12

CLERK US DISTRICT COURT
DISTRICT OF ARIZONA

CR22-01661 TUC-SHR(LCK)

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| United States of America, | No. |
| --- | --- |
| Plaintiff, | **INDICTMENT** |
| vs. | VIO: 18 U.S.C. §§ 111(a) and (b) (Assault on a Federal Officer – Bodily Injury) Count 1 |
| Jorge Oliverio Moran-Can, | |
| Defendant. | VICTIM CASE |

**THE GRAND JURY CHARGES:**

<u>**COUNT 1**</u>

On or about July 3, 2022, in the District of Arizona, Defendant JORGE OLIVERIO MORAN-CAN did intentionally and forcibly assault, resist, oppose, impede, intimidate, and interfere with United States Border Patrol Agent B.G., a person designated under Title 18, United States Code, Section 1114 as a Federal officer, while Agent B.G. was engaged in and on account of the performance of his official duties, by using his shoulder to push Agent B.G., which resulted in bodily injury to Agent B.G..

//
//
//
//
//

All in violation of Title 18, United States Code, Sections 111(a) and (b).

A TRUE BILL

/S/

FOREPERSON OF THE GRAND JURY
Date: July 27, 2022

GARY M. RESTAINO
United States Attorney
District of Arizona

REDACTED FOR
PUBLIC DISCLOSURE

/S/

SARAH B. HOUSTON
Assistant U.S. Attorney